Sonja D. Kerr, Esq. (AK Bar No. 0409051)
Meg K. Allison, Esq. (AK Bar No. 0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Attorney for Plaintiff
Email: skerr@dlcak.org
        malison@dlcak.org

## IN THE UNITED STATES DISTRICT COURT

## FOR ALASKA

| | | |
|---|---|---|
| M.H., by his legal guardian, L.P.; | ) | |
| A.D. by his legal guardian, J.N.,  and | ) | |
| S.T. by his legal guardian, A.T., on | ) | Case No. 06-cv-00138 |
| Behalf of themselves and All Others | ) | |
| Similarly Situated, | ) | **MOTION FOR EXTENSION** |
| | ) | **OF TIME FOR SERVICE** |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| Anchorage School District, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR EXTENSION OF TIME FOR SERVICE

The parties, by the undersigned counsel, hereby stipulate as follows:

1.    DLC filed the current lawsuit on June 7, 2006 and provided a courtesy copy to ASD's counsel in an effort to encourage settlement.

2.    DLC has not yet served the lawsuit.

3.    DLC and ASD representatives met on July 20th, and July 26th to discuss settlement and have agreed to engage in a settlement process, including the use of an outside consultant to assist the parties.

4.    The timeline within which service must be effected is 120 days or a showing of good cause by the plaintiff the court shall extend the time for service for an appropriate period. FRCP Rule 4(m).

5.    DLC and ASD hereby respectfully request that the Court, pursuant to FRCP Rule 6(b), extend the time frame within which DLC is required to formally effect service of the lawsuit from 120 days (Sept. 28, 2006) to 150 days (Oct. 28, 2006).

6.    Nothing in this agreement prohibits DLC from formally effecting service prior to the deadline should settlement negotiations stall.

Dated this 4th day of August, 2006.    _____/s Sonja D. Kerr_____
                                          Sonja D. Kerr, (AK Bar No. 0409051)
                                          DISABILITY LAW CENTER OF ALASKA
                                          3330 Arctic Blvd., Suite 103
                                          Anchorage, AK   99503
                                          Telephone: (907) 565-1002
                                          Fax: (907) 565-1000
                                          Attorney for Plaintiff
                                          Email: skerr@dlcak.org

Certificate of Service
I hereby certify that on the 4th day
of August 2006, a true and correct
copy of this document was served
electronically on:

Brad Owens
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

____s/ Sonja Kerr_____
Sonja Kerr