Sonja D. Kerr, Esq. (AK Bar No. 0409051)
Meg K. Allison, Esq. (AK Bar No. 0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Attorney for Plaintiff
Email: skerr@dlcak.org
    malison@dlcak.org

**IN THE UNITED STATES DISTRICT COURT**

**FOR ALASKA**

| | |
|---|---|
| M.H., by his legal guardian, L.P.; <br> A.D. by his legal guardian, J.N., and <br> S.T. by his legal guardian, A.T., on <br> Behalf of themselves and All Others <br> Similarly Situated, <br><br> Plaintiffs, <br> v. <br><br> Anchorage School District, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Case No. 06-cv-00138 <br> ) <br> ) <br> ) <br> ) |

**PROPOSED ORDER**

The Plaintiffs' Motion for Extension of Time for Service is GRANTED. The Plaintiffs shall serve the Defendant no later than October 28, 2006.

Dated this ___ day of _____, 2006.


_____
Timothy Burgess
U.S. District Court Judge