Meg K. Allison, (#0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Ste. 103
Anchorage, AK  99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Email: mallison@dlcak.org

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; ) <br> A.D. by his legal guardian, J.N.,  and ) <br> S.T. by his legal guardian, A.T., on ) <br> Behalf of themselves and All Others ) <br> Similarly Situated, ) <br>  ) <br> Plaintiffs, ) <br> v.                                                                           ) <br>  ) <br> Anchorage School District, ) <br>  ) <br> Defendant.                        ) | Case No. 06-cv-00138 |

### NOTICE OF CHANGE OF COUNSEL

Pursuant to Local Rule 11.1, Plaintiff hereby provides notice that Sonja D. Kerr, who is no longer associated with the Disability Law Center, will no longer be counsel in this matter.  Megan K. Allison, with the Disability Law Center, will be substituted in Ms. Kerr's place and has previously entered appearances on behalf of all Plaintiffs. Therefore, Plaintiffs requests that the following be allowed to withdraw as counsel:

> Sonja D. Kerr
> DISABILITY LAW CENTER OF ALASKA
> 3330 Arctic Blvd., Ste. 103
> Anchorage, AK  99503
> Telephone: (907) 565-1002
> Fax: (907) 565-1000
> skerr@dlcak.org

Plaintiffs assert that this substitution of Counsel will work no hardship or prejudice upon Defendants, as Ms. Allison is familiar with the case and its proceedings.

Dated: September 25, 2006           Respectfully submitted,

                                        /s Meg K. Allison
                                        Meg K. Allison, (#0511091)
                                        DISABILITY LAW CENTER OF ALASKA
                                        3330 Arctic Blvd., Ste. 103
                                        Anchorage, AK   99503
                                        Telephone: (907) 565-1002
                                        Fax: (907) 565-1000
                                        Email: mallison@dlcak.org

Certificate of Service

I hereby certify that on the 25th day of September, 2006, a copy of this document was served electronically on:

Brad Owens
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

Sonja D. Kerr, Esq.
1114 Covington Ct.
Anchorage, AK 99503

/s Meg K. Allison
Meg Allison