Bradley D. Owens, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR ALASKA**

| | |
|---|---|
| M.H., by his legal guardian, L.P.; A.D. by his legal Guardian, J.N., and S.T. by his legal guardian, A.T., on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>vs.<br><br>Anchorage School District,<br><br>             Defendant. | Case No. 3:06-cv-00138 (TMB) |

**ENTRY OF APPEARANCE**

Comes now Bradley D. Owens, Esq., of the law firm of JERMAIN, DUNNAGAN & OWENS, P.C., and enter his appearance on behalf of the Defendant Anchorage School District, in the above-captioned matter, and requests that copies of all future pleadings and documents be sent to:

>    Bradley D. Owens, Esq.
>    Jermain Dunnagan & Owens, P.C.
>    3000 A Street, Suite 300
>    Anchorage, AK  99503-4097

Dated in Anchorage Alaska this 4th day of December 2006.

          JERMAIN DUNNAGAN & OWENS, P.C.
          Attorneys for Anchorage School District


          By: /s/ Bradley D. Owens
                Bradley D. Owens, Esq.
                Jermain Dunnagan & Owens, P.C.
                3000 A Street, Suite 300
                Anchorage, AK  99503
                Telephone: (907) 563-8844
                Facsimile: (907) 563-7322
                bradowens@jdolaw.com
                Alaska Bar #7610122

<u>Certificate of Service</u>

This is to certify that on this 4th day of December, 2006, a true and correct copy of the Foregoing was electronically mailed to:

Meg K. Allison

<u>s/ Bradley D. Owens</u>

3227.1186 - 141180