Bradley D. Owens, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

### IN THE UNITED STATES DISTRICT COURT

### FOR ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; A.D. by his legal Guardian, J.N., and S.T. by his legal guardian, A.T., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Anchorage School District,<br><br>　　　　　　　Defendant. | Case No. 3:06-cv-00138 (TMB) |

### STIPULATION FOR EXTENSION TO FILE ANSWER

Come now the parties in the above-captioned matter, by and through their respective undersigned counsel, who stipulate and agree that defendant shall have an additional thirty (30) days in which to file its answer in this matter.  The reason for this stipulation is that the parties have been engaged and continue to engage in discussions to see if they are able to avoid litigation in this matter.

Dated in Anchorage Alaska this 8th day of February 2006.

        JERMAIN DUNNAGAN & OWENS, P.C.
        Attorneys for Anchorage School District


By: /s/ Bradley D. Owens
    Bradley D. Owens, Esq.
    Jermain Dunnagan & Owens, P.C.
    3000 A Street, Suite 300
    Anchorage, AK  99503
    Telephone: (907) 563-8844
    Facsimile: (907) 563-7322
    bradowens@jdolaw.com
    Alaska Bar #7610122


Dated in Anchorage Alaska this 8th day of February 2007.

        DISABILITY LAW CENTER
         OF ALASKA, INC.
        Attorneys for Plaintiffs


By: /s/ Meg K. Allison (Consented)
    Meg K. Allison
    Disability Law Center of Alaska, Inc.
    3330 Arctic blvd., Suite 103
    Anchorage, AK  99503
    Telephone:  (907) 565-1002
    Facsimile:  (907) 565-1000
    mallison@dlcak.org
    Alaska Bar #0511091

Certificate of Service
This is to certify that on this 8th day of February 2006, a true and correct copy of the foregoing was electronically mailed to:

Meg K. Allison
mallison@dlcak.org

s/ Bradley D. Owens

3227.1186 - 145348

Stipulation for Extension to File Answer        2
Case No. 3:06-cv-00138 (TMB)