Bradley D. Owens, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; A.D. by his legal Guardian, J.N., and S.T. by his legal guardian, A.T., on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>Anchorage School District,<br><br>                Defendant. | Case No. 3:06-cv-00138 (TMB) |

## **(PROPOSED) ORDER FOR EXTENSION TO FILE ANSWER**

This court having reviewed the stipulation for extension to file answer,

IT IS SO ORDERED that defendant shall have until March 12, 2007 in which to file its answer in this matter.

DATED:_____

                                              TIMOTHY M. BURGESS
                                              U.S. DISTRICT JUDGE

Certificate of Service
This is to certify that on this 8th day of February 2006, a true and correct copy of the foregoing was electronically mailed to:

Meg K. Allison
mallison@dlcak.org

s/ Bradley D. Owens

3227.1186 - 145362