Meg K. Allison, (#0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Ste. 103
Anchorage, AK  99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Email: mallison@dlcak.org

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| M.H., by his legal guardian, L.P.; | ) | |
| A.D. by his legal guardian, J.N.,  and | ) | |
| S.T. by his legal guardian, A.T., on | ) | |
| Behalf of themselves and All Others | ) | |
| Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 3:06-cv-00138 |
| | ) | |
| Anchorage School District, | ) | |
| | ) | |
| Defendant. | ) | |

---

## ERRATA

Comes now, M.H. et al, by and through counsel, Disability Law Center, hereby advises the Court formally of the error of mistakenly submitting an erroneous Report of Rule 26(f) Planning Meeting as Docket 14.  Counsel has a similarly captioned case and inadvertently filed the Report under the wrong case number.  Plaintiffs respectfully request all parties and the Court to disregard Docket 14.

Dated this 23rd day of February, 2007.

_s/ Meg K. Allison_____
Meg K. Allison, (#0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Ste. 103
Anchorage, AK  99503

Telephone: (907) 565-1002
Fax: (907) 565-1000
Email: mallison@dlcak.org
Attorney for Plaintiffs

Certificate of Service

I hereby certify that on the 23rd day
of February, 2007 a true and correct
copy of this document was served by
CM/ECF on:

Bradley Owens

s/ Meg K. Allison
Meg K. Allison