Bradley D. Owens, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

### IN THE UNITED STATES DISTRICT COURT

### FOR ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; A.D. by his legal Guardian, J.N., and S.T. by his legal guardian, A.T., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Anchorage School District,<br><br>　　　　　　　Defendant. | Case No. 3:06-cv-00138 (TMB) |

### STIPULATION FOR EXTENSION TO FILE ANSWER

Come now the parties in the above-captioned matter, by and through their respective undersigned counsel, who stipulate and agree that the time for defendant to file its answer in this matter is extended until May 15, 2007.  The reason for this stipulation is that the parties are continuing to engage in discussions to see if they are able to avoid litigation in this matter.

Dated in Anchorage Alaska this 5th day of April 2007.

          JERMAIN DUNNAGAN & OWENS, P.C.
          Attorneys for Anchorage School District

          By: /s/ Bradley D. Owens
               Bradley D. Owens, Esq.
               Jermain Dunnagan & Owens, P.C.
               3000 A Street, Suite 300
               Anchorage, AK  99503
               Telephone: (907) 563-8844
               Facsimile: (907) 563-7322
               bradowens@jdolaw.com
               Alaska Bar #7610122

Dated in Anchorage Alaska this 5th day of April 2007.

          DISABILITY LAW CENTER
           OF ALASKA, INC.
          Attorneys for Plaintiffs

          By: /s/ Meg K. Allison (Consented)
               Meg K. Allison
               Disability Law Center of Alaska, Inc.
               3330 Arctic blvd., Suite 103
               Anchorage, AK  99503
               Telephone:  (907) 565-1002
               Facsimile:  (907) 565-1000
               mallison@dlcak.org
               Alaska Bar #0511091

Certificate of Service

This is to certify that on this 5th day of April 2007, a true and correct copy of the foregoing was electronically mailed to:

Meg K. Allison
mallison@dlcak.org

s/ Lissa Wright

3227.1186 - 149675

Stipulation for Extension to File Answer            {00149675 }2
Case No. 3:06-cv-00138 (TMB)