Bradley D. Owens, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; A.D. by his legal Guardian, J.N., and S.T. by his legal guardian, A.T., on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>vs.<br><br>Anchorage School District,<br><br>               Defendant. | Case No. 3:06-cv-00138 (TMB) |

### (PROPOSED) ORDER FOR EXTENSION TO FILE ANSWER

This court having reviewed the stipulation for extension to file answer,

IT IS SO ORDERED that defendant shall have until May 15, 2007 in which to file its answer in this matter.

DATED:_____         _____
                                                                  TIMOTHY M. BURGESS
                                                                  U.S. DISTRICT JUDGE

Certificate of Service

This is to certify that on this 5th day of April 2007, a true and correct copy of the foregoing was electronically mailed to:

Meg K. Allison
mallison@dlcak.org

s/ Bradley D. Owens

3227.1186 - 145362