Bradley D. Owens, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; A.D. by his legal Guardian, J.N., and S.T. by his legal guardian, A.T., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Anchorage School District,<br><br>　　　　　　　　Defendant. | Case No. 3:06-cv-00138 (TMB) |

## ANSWER

Comes now the defendant Anchorage School District (hereinafter "ASD"), by and through its attorneys Jermain Dunnagan & Owens, P.C., who states, responds and defends against the allegations in the Amended Complaint in this matter as follows:

1.　　ASD denies the allegations in paragraphs 1-3 that this court has subject matter jurisdiction and jurisdiction to issue declaratory relief in this matter since plaintiffs have failed to exhaust the administrative procedures under 20 U.S.C. § 1415(*l*) as

required before filing any complaint. ASD incorporates this denial of subject matter jurisdiction in all its responses to the allegations in this amended complaint and does not intend to waive jurisdiction by answering the remaining allegations.

2. ASD admits that venue within the District of Alaska is proper as alleged in paragraph 4.

3. ASD denies the allegations in paragraph 5 of the amended complaint.

4. ASD admits that plaintiffs are parents of students who reside and attend school in the ASD as alleged in paragraph 6 of the amended complaint.

5. ASD admits that M.H. is a student who is eligible for and receives special education and related services under an individualized education program ("IEP"). ASD denies the remaining allegations in paragraph 7 of the amended complaint.

6. ASD admits A.D. is a student who is eligible for and receives special education and related services under an IEP. ASD denies the remaining allegations in paragraph 8 of the amended complaint.

7. ASD admits that S.T. is a student who is eligible for and receives special education and related services under an IEP. ASD denies the remaining allegations in paragraph 9 of the amended complaint.

8. ASD admits the factual allegations contained in paragraph 10 of the amended complaint but is not required to either admit or deny the legal conclusions made in this paragraph.

9. ASD denies any factual allegations contained in paragraphs 11 through 14 of the amended complaint and specifically denies the assertion that this is a proper matter for class certification, or that there are questions of fact or law common to either the

plaintiffs or to any other purported members of the alleged class who are similarly situated.

10. ASD admits that it adopted the Student Discipline Policy, including Appendix A-1, in May and June 2005, but denies all other factual allegations. ASD is not required to either admit or deny any legal conclusions asserted in paragraph 15 of the amended complaint.

11. ASD admits that M.H. is a student who has and does receive special education and related services under an IEP and who has been suspended for inappropriate behavior that violates the Discipline Policy. ASD also admits that M.H. filed an administrative due process complaint which resulted in a hearing before and decision by an independent Hearing Officer appointed by the Alaska Department of Education and Early Development. Although that decision was appealed by M.H., the appeal has since been dismissed. ASD denies all other factual allegations in paragraph 16 of the amended complaint.

12. ASD admits that A.D. is a student who has and does receive special education and related services under an IEP and who has been suspended for inappropriate behavior that violates the Discipline Policy. ASD also admits that an administrative due process complaint was filed and that the complaint was resolved through a settlement agreement between ASD and the parent of A.D. ASD denies all other factual allegations in paragraph 17 of the amended complaint.

13. ASD admits that S.T. is a student who has and does receive special education and related services under an IEP and who has been suspended for

inappropriate behavior that violates the Discipline Policy. ASD denies all other factual allegations in paragraph 18 of the amended complaint.

14. ASD denies the factual allegations in paragraphs 19 through 22 of the amended complaint but is not required to either admit or deny the legal conclusions made in these paragraphs.

15. ASD denies any factual allegations in paragraphs 24 and 25 of the amended complaint and is not required to either admit or deny the legal conclusions made in these paragraphs.

Unless expressly admitted, ASD intends that all other factual allegations in the amended complaint are denied.

### Affirmative Defenses

1. Plaintiffs have failed to state any claim for which relief may be granted.

2. Plaintiffs have failed to exhaust the administrative procedures as required by law.

3. Plaintiffs have resolved any claims they have individually and are not proper class representatives.

4. The claims asserted by plaintiffs are not claims that meet the requirements for class action.

Defendant reserves the right to assert any additional affirmative defenses as may become available during the process of discovery and does not intend to waive any such defenses.

Wherefore, defendant respectfully requests this court to dismiss all claims asserted in this amended complaint with prejudice, plaintiffs taking nothing thereby, and to enter judgment in favor of defendant awarding the following:

1. All costs, disbursements, and reasonable attorney's fees incurred by defendant in defending the claims in this action, and

2. Any further relief the courts deems appropriate under the law.

Dated in Anchorage Alaska this 23rd day of May 2007.

JERMAIN DUNNAGAN & OWENS, P.C.
Attorneys for Anchorage School District

By: /s/ Bradley D. Owens
Bradley D. Owens, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com
Alaska Bar #7610122

Certificate of Service
This is to certify that on this 23rd day of May 2007, a true and correct copy of the foregoing was electronically mailed to:

Meg K. Allison
mallison@dlcak.org

s/ Bradley D. Owens

3227.1186 - 153402