Meg K. Allison, (#0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Ste. 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Email: mallison@dlcak.org
Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; <br> A.D. by his legal guardian, J.N.,  and <br> S.T. by his legal guardian, A.T., on <br> Behalf of themselves and All Others <br> Similarly Situated, <br><br>                  Plaintiffs, <br> v. <br><br> Anchorage School District, <br><br>                  Defendant. | Case No. 3:06-cv-00138 |

## AMENDED SCHEDULING AND PLANNING CONFERENCE REPORT

The parties agreed by stipulation to the following changes in the discovery deadlines:

1. **Pre-Discovery Disclosures**.

The information required by Fed. R. Civ. P. 26(a)(1) will be exchanged by the parties by September 17, 2007.

The parties will exchange preliminary witness lists by November 1, 2007.

2. **Discovery Plan**.

The parties jointly propose to the court the following discovery plan.

All discovery commenced in time to be completed by January 3, 2007 ("discovery close date").

3. **Pretrial Motions**.

> Motions in limine and dispositive motions must be filed not later than December 17, 2007.

Dated: August 16, 2007

         _s/ Meg K. Allison_____
         Meg K. Allison, (#0511091)
         DISABILITY LAW CENTER OF ALASKA
         3330 Arctic Blvd., Ste. 103
         Anchorage, AK   99503
         Telephone: (907) 565-1002
         Fax: (907) 565-1000
         Email: mallison@dlcak.org
         Attorney for Plaintiffs

         _s/ Bradley D. Owens (consent)_____
         Bradley D. Owens (#7610122)
         Jermain, Dunnagan & Owens
         3000 A Street, Suite 300
         Anchorage, AK 99503
         Telephone: (907) 563-8844
         Fax: (907) 563-7322
         Email: bradowens@jdolaw.com
         Attorney for Defendant