Bradley D. Owens, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com
cmandala@jdolaw.com

Counsel for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; A.D. by his legal Guardian, J.N., and S.T. by his legal guardian, A.T., on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>Anchorage School District,<br><br>                    Defendant. | Case No. 3:06-cv-00138 (TMB) |

## ENTRY OF APPEARANCE

Comes now Cheryl M. Mandala, of the law firm of JERMAIN, DUNNAGAN & OWENS, P.C., and enter her appearance on behalf of the Anchorage School District, defendant in this matter, and requests plaintiff and the court serve all further pleadings or notices in this matter to her at the address and email address provided above.

Entry of Appearance                                                                                                    Page 1 of 2
*M. H. et al. v Anchorage School District*
Case No. 3:06-cv-00138 (TMB)

DATED at Anchorage, Alaska this 1st day of November, 2007.

JERMAIN, DUNNAGAN & OWENS, P.C.

By  /s/ Bradley D. Owens
Bradley D. Owens
(Alaska Bar No. 7610122)
Jermain, Dunnagan & Owens PC
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Fax: (907) 563-7322
Email: bradowens@jdolaw.com

By  /s/ Cheryl M. Mandala
Cheryl M. Mandala
(Alaska Bar No. 0605019)
Jermain, Dunnagan & Owens PC
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Fax: (907) 563-7322
Email: cmandala@jdolaw.com

Certificate of Service
This is to certify that on this 1st day of November 2007, a true and correct copy of the foregoing was electronically mailed to:

Meg K. Allison
mallison@dlcak.org

s/ Cheryl M. Mandala
3227.1186 - 166246

Entry of Appearance                                                                Page 2 of 2
*M. H. et al. v Anchorage School District*
Case No. 3:06-cv-00138 (TMB)