Jacob Kammermeyer (AK Bar No. 0506043)
Disability Law Center of Alaska
230 South Franklin, Suite 206
Juneau, Alaska 99801
Telephone: 907-586-1627
Facsimile: 907-586-1066
Email: jakekammermeyer@yahoo.com

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; <br> A.D. by his legal guardian, J.N., and <br> S.T. by his legal guardian, A.T., on <br> Behalf of themselves and All Others <br> Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> Anchorage School District, <br><br> Defendant. | Case No. 3:06-cv-00138 |

## ENTRY OF APPEARANCE

Jacob Kammermeyer hereby enters his appearance as an attorney of record for the Plaintiffs in the above-entitled matter and requests that copies of all documents filed be directed to him.

Respectfully requested this 2nd day of November 2007.

/s/ Jacob Kammermeyer
Jacob Kammermeyer (AK Bar No. 0506043)
Disability Law Center of Alaska
230 South Franklin, Suite 206
Juneau, Alaska 99801
Telephone: 907-586-1627
Facsimile: 907-586-1066
Email: jakekammermeyer@yahoo.com

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2007
A copy of the foregoing ENTRY OF
APPEARANCE was served
Electronically via ECF on:

Brad Owens
<u>bradowens@jdolaw.com</u>

<u>/s/ Jacob Kammermeyer</u>