Meg K. Allison, (#0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Ste. 103
Anchorage, AK  99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Email: mallison@dlcak.org
Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.;  )<br>A.D. by his legal guardian, J.N., and  )<br>S.T. by his legal guardian, A.T., on  )<br>Behalf of themselves and All Others  )<br>Similarly Situated,  )<br>    )<br>        Plaintiffs,  )<br>v.   )<br>    )<br>Anchorage School District,  )<br>    )<br>        Defendant.  ) | Case No. 3:06-cv-00138 |

### AMENDED SCHEDULING AND PLANNING CONFERENCE REPORT

The parties agreed by stipulation to the following changes in the discovery deadlines:

1. **Pre-Discovery Disclosures**.

    The information required by Fed. R. Civ. P. 26(a)(1) was exchanged by the parties by September 17, 2007.

    The parties will exchange preliminary witness lists by January 2, 2008.

2. **Discovery Plan**.

    The parties jointly propose to the court the following discovery plan.

All discovery commenced in time to be completed by March 1, 2008 ("discovery close date").

3. **Pretrial Motions**.

     Motions in limine and dispositive motions must be filed not later than February 17, 2008.

4. **Trial**.

     This case will be ready for trial 45 days following the close of discovery.


Dated: November 6, 2007

                              /s/ Meg K. Allison_____
                              Meg K. Allison, (#0511091)
                              DISABILITY LAW CENTER OF ALASKA
                              3330 Arctic Blvd., Ste. 103
                              Anchorage, AK   99503
                              Telephone: (907) 565-1002
                              Fax: (907) 565-1000
                              Email: mallison@dlcak.org
                              Attorney for Plaintiffs


                               /s/ Bradley D. Owens (consent)_____
                              Bradley D. Owens (#7610122)
                              Jermain, Dunnagan & Owens
                              3000 A Street, Suite 300
                              Anchorage, AK 99503
                              Telephone: (907) 563-8844
                              Fax: (907) 563-7322
                              Email: bradowens@jdolaw.com
                              Attorney for Defendant