Bradley D. Owens, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR ALASKA

| M.H., by his legal guardian, L.P.; A.D. by his legal Guardian, J.N., and S.T. by his legal guardian, A.T., on behalf of themselves and all others similarly situated, | |
|---|---|
| Plaintiffs, | |
| vs. | Case No. 3:06-cv-00138 (TMB) |
| Anchorage School District, | |
| Defendant. | |

### STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES

Come now the parties in the above-captioned matter, by and through their respective undersigned counsel, who stipulate and agree that the following discovery dates be extended as set forth below. The reason for this stipulation is the extensive nature of the discovery in this matter.

| Date | Description |
|---|---|
| 7/2/08 | L/D to supplement disclosures and discovery responses |
| Already exchanged | Preliminary witness lists due |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

| 7/3/08 | Expert witness disclosures due |
|---|---|
| 2/14/08 | Responses due to Plaintiffs' 2nd Set of Discovery Requests |
| 7/16/08 | File and serve final, revised witness lists |
| 8/18/08 | Motions in Limine and dispositive motions due |
| 9/2/08 | Discovery closes |
| 10/30/08 | All motions under discovery rules must be filed no later than 60 days following the date set for closure of a class of discovery |

The parties would be available for a Status Conference should the court deem one necessary.

Dated in Anchorage Alaska this 2nd day of January, 2008.

        JERMAIN DUNNAGAN & OWENS, P.C.
        Attorneys for Anchorage School District

        By: /s/ Bradley D. Owens
            Bradley D. Owens, Esq.
            Jermain Dunnagan & Owens, P.C.
            3000 A Street, Suite 300
            Anchorage, AK 99503
            Telephone: (907) 563-8844
            Facsimile: (907) 563-7322
            bradowens@jdolaw.com
            Alaska Bar #7610122

Dated in Anchorage Alaska this 2nd day of January, 2008..

        DISABILITY LAW CENTER
         OF ALASKA, INC.
        Attorneys for Plaintiffs

        By: /s/ Meg K. Allison (Consented)
            Meg K. Allison
            Disability Law Center of Alaska, Inc.
            3330 Arctic blvd., Suite 103
            Anchorage, AK 99503
            Telephone: (907) 565-1002
            Facsimile: (907) 565-1000
            mallison@dlcak.org
            Alaska Bar #0511091

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Stipulation for Extension of Discovery Deadlines
Case No. 3:06-cv-00138 (TMB)                                                         Page 2 of 3

<u>Certificate of Service</u>
This is to certify that on this 5th day of April 2007, a true and correct copy of the foregoing was electronically mailed to:

Meg K. Allison
mallison@dlcak.org

s/ Bradley D. Owens

3227.1186 - 170555

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322