Bradley D. Owens, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; A.D. by his legal Guardian, J.N., and S.T. by his legal guardian, A.T., on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>Anchorage School District,<br><br>            Defendant. | Case No. 3:06-cv-00138 (TMB) |

### [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES

The discovery deadline extensions proposed by the parties in the Stipulation to Extend Discovery Deadlines filed January 2, 2008 are GRANTED.

DATED this ___ day of January, 2008.

_____
Timothy M. Burgess
U.S. District Court Judge

{00170558 }