IN THE UNITED STATES DISTRICT COURT

FOR ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; A.D. by his legal Guardian, J.N., and S.T. by his legal guardian, A.T., on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>Anchorage School District,<br><br>     Defendant. | Case No. 3:06-cv-00138 TMB |

## ORDER FOR EXTENSION OF DISCOVERY DEADLINES

The Discovery deadline extensions proposed by the parties in the Stipulation to Extend Discovery Deadlines filed January 2, 2008 are GRANTED. The parties in the above-captioned matter, by and through their respective undersigned counsel, stipulate and agree that the following discovery dates be extended as set forth below:

| Date | Description |
|---|---|
| 7/2/08 | L/D to supplement disclosures and discovery responses |
| Already exchanged | Preliminary witness lists due |
| 7/3/08 | Expert witness disclosures due |
| 2/14/08 | Responses due to Plaintiffs' 2nd Set of Discovery Requests |
| 7/16/08 | File and serve final, revised witness lists |
| 8/18/08 | Motions in Limine and dispositive motions due |
| 9/2/08 | Discovery closes |
| 10/30/08 | All motions under discovery rules must be filed no later than 60 days following the date set for closure of a class of discovery |

Dated in Anchorage Alaska this 7th day of January, 2008.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT COURT