Bradley D. Owens, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; A.D. by his legal Guardian, J.N., and S.T. by his legal guardian, A.T., on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>Anchorage School District,<br><br>      Defendant. | Case No. 3:06-cv-00138 (TMB) |

### ANCHORAGE SCHOOL DISTRICT'S MOTION TO DISMISS

The defendant Anchorage School District, by and through its attorneys Jermain Dunnagan & Owens, P.C., moves the court pursuant to Rule 12(b) FRCP to dismiss the claims by each of the named plaintiffs in this putative class action lawsuit on the grounds that the plaintiffs have failed to exhaust the administrative remedies as required by law, and/or that some of these claims have been resolved on the merits, and plaintiffs have failed to state any claims for which relief can be granted by this court.

This motion is supported by the memorandum and exhibits submitted herewith which show that this motion is meritorious and should be granted by the court.

Dated in Anchorage Alaska this 25th day of January 2008.

JERMAIN DUNNAGAN & OWENS, P.C.
Attorneys for Anchorage School District

By: /s/ Bradley D. Owens
Bradley D. Owens
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com
Alaska Bar #7610122

/s/ Cheryl Mandala
Cheryl Mandala
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
cmandala@jdolaw.com
Alaska Bar #0605019

Certificate of Service

This is to certify that on this 25th day of January 2008, a true and correct copy of the foregoing was electronically mailed to:

Meg K. Allison
malison@dlcak.org

/s/ Bradley D. Owens

3227.1186 - 172129

Anchorage School District's Motion to Dismiss
Case No. 3:06-cv-00138 (TMB)

2