Bradley D. Owens, Esq.
Cheryl Mandala, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; A.D. by his legal guardian, J.N., and S.T. by his legal guardian, A.T., on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Anchorage School District,<br><br>　　　　　Defendant. | Case No. 3:06-cv-00138 (TMB) |

**DECLARATION OF BRADLEY D. OWENS IN SUPPORT OF
<u>MOTION TO DISMISS</u>**

I am an attorney for the Defendant in this matter, and state the following based on my personal knowledge:

1. Attached as Exhibit 1 hereto is a true and correct copy of the Final Decision and Order of DEED Hearing Officer Andrew M. Lebo dated, July 6, 2006.

2. Attached as Exhibit 2 hereto is a true and correct copy of M.H.'s Notice of Request for Due Process Hearing, dated January 22, 2006.

3. Attached as Exhibit 3 hereto is a true and correct copy of the Settlement Agreement entered into by M.H. and defendant Anchorage School District, dated April 19, 2007.

4. Attached as Exhibit 4 hereto is a true and correct copy of A.D.'s request for an expedited hearing, dated May 24, 2006.

5. Attached as Exhibit 5 hereto is a true and correct copy of a more detailed request for expedited hearing, dated May 25, 2006.

6. Attached as Exhibit 6 hereto is a true and correct copy of a letter from counsel for A.D. confirming that the parties reached resolution session in June 2006, during which an agreement was reached to resolve A.D.'s claims.

7. Attached as Exhibit 7 hereto is a true and correct copy of the A.D. Resolution Agreement signed by both parties on August 21, 2006.

8. Attached as Exhibit 8 hereto is a true and correct copy of the A.D. Resolution Agreement, dated August 28 and September 14, 2007.

9. Attached as Exhibit 9 hereto is a true and correct copy of the Prior Written Notice, dated January 29, 2007, stating that A.D.'s guardian unilaterally withdrew him from the District and enrolled him in a private school.

10. There are no exhibits filed regarding Plaintiff S.T. as he has not made any attempts to exhaust his administrative remedies prior to the lawsuit, nor has he filed any complaint for a due process hearing since the lawsuit.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Declaration of Bradley D. Owens in Support of Motion to Dismiss
M.H. et al. v. Anchorage School District
Case No. 3:06-cv-00138 (TMB)
Page 2 of 3

Dated this 25th day of January, 2008.

                                            JERMAIN DUNNAGAN & OWENS, P.C.
                                            Attorneys for Anchorage School District

By: /s/ Bradley D. Owens
     Bradley D. Owens
     Jermain Dunnagan & Owens, P.C.
     3000 A Street, Suite 300
     Anchorage, AK  99503
     Telephone: (907) 563-8844
     Facsimile: (907) 563-7322
     bradowens@jdolaw.com
     Alaska Bar #7610122

/s/ Cheryl Mandala
Cheryl Mandala
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
cmandala@jdolaw.com
Alaska Bar #0605019

Certificate of Service

This is to certify that on this 25th day of January 2008, a true and correct copy of the foregoing was electronically mailed to:

Meg K. Allison
malison@dlcak.org

/s/ Bradley D. Owens

3227.1186 - 172876

Declaration of Bradley D. Owens in Support of Motion to Dismiss
*M.H. et al. v. Anchorage School District*
Case No. 3:06-cv-00138 (TMB)