Meg K. Allison, (#0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Ste. 103
Anchorage, AK  99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Email: mallison@dlcak.org

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| M.H., by his legal guardian, L.P.;<br>A.D. by his legal guardian, J.N., and<br>S.T. by his legal guardian, A.T., on<br>Behalf of themselves and All Others<br>Similarly Situated,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>Anchorage School District,<br><br>　　　　　　Defendant. | Case No. 3:06-cv-00138 |

**STIPULATION FOR EXTENSION TO FILE
RESPONSE AND REPLY TO MOTION TO DISMISS**

Come now the parties in the above-captioned matter, by and through their respective undersigned counsel, who stipulate and agree that the time for Plaintiffs to file their Response to Defendant's Motion to Dismiss at Docket 35 in this matter is extended until February 29, 2008. Parties also stipulate and agree that the time for Defendant to file their Reply to Plaintiff's Response is extended until March 14, 2008.

Dated this 30th day of January 2008.

　　　　　　　　　　　　　　　　　　_/s/ Meg K. Allison_____
　　　　　　　　　　　　　　　　　　Meg K. Allison, (#0511091)
　　　　　　　　　　　　　　　　　　DISABILITY LAW CENTER OF ALASKA
　　　　　　　　　　　　　　　　　　3330 Arctic Blvd., Ste. 103

*M.H. et al. v. Anchorage School District*　　　　　　　　　　　　　　　　　　　　Page 1 of 2
Stipulation for Extension of Time
3:06-cv-00138 (TMB)

Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Email: mallison@dlcak.org
Attorney for Plaintiffs

/s/ Bradley D. Owens (consent)
Bradley D. Owens (#7610122)
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com
Attorneys for Defendant

*M.H. et al. v. Anchorage School District*   Page 2 of 2
Stipulation for Extension of Time
3:06-cv-00138 (TMB)