Meg K. Allison, Esq. (AK Bar No. 0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Attorney for Plaintiff
Email: mallison@dlcak.org

**IN THE UNITED STATES DISTRICT COURT**

**FOR ALASKA**

| | |
|---|---|
| M.H., by his legal guardian, L.P.;  )<br>A.D. by his legal guardian, J.N.,  and  )<br>S.T. by his legal guardian, A.T., on  )<br>Behalf of themselves and All Others  )<br>Similarly Situated,  )<br>  )<br>                    Plaintiffs,  )<br>v.  )<br>  )<br>Anchorage School District,  )<br>  )<br>                    Defendant.  ) | <br><br><br><br><br><br><br>Case No. 3:06-cv-00138<br><br>Class Action<br><br> |

**PROPOSED ORDER**

The Parties' Motion for Extension of Time is GRANTED.  Plaintiffs will file their Response to Defendant's Motion to Dismiss no later than February 29, 2008. Defendant will file its Reply to Plaintiff's Response no later than March 14, 2008.

Dated this ___ day of _____, 2008.


_____
U.S. District Court Judge