IN THE UNITED STATES DISTRICT COURT

FOR ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; )<br>A.D. by his legal guardian, J.N., and )<br>S.T. by his legal guardian, A.T., on )<br>Behalf of themselves and All Others )<br>Similarly Situated, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>Anchorage School District, )<br>)<br>Defendant. ) | Case No. 3:06-cv-00138<br><br>Class Action |

## ORDER

The Parties' Motion for Extension of Time is GRANTED. Plaintiffs will file their Response to Defendant's Motion to Dismiss no later than February 29, 2008. Defendant will file its Reply to Plaintiff's Response no later than March 14, 2008.

Dated this 31st day of January, 2008.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE