Meg K. Allison (AK Bar No. 0511091)
Jacob Kammermeyer, Esq. (AK Bar No. 0506043)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Attorney for Plaintiffs
Email: mallison@dlcak.org
         jakekammermeyer@yahoo.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; <br> A.D. by his legal guardian, J.N., and <br> S.T. by his legal guardian, A.T., on <br> Behalf of themselves and All Others <br> Similarly Situated, <br><br>               Plaintiffs, <br> v. <br><br> Anchorage School District, <br><br>               Defendant. | Case No. 3:06-cv-00138 |

## PLAINTIFF'S MOTION TO COMPEL

Comes now plaintiffs, by and through its attorneys Disability Law Center., and move this court pursuant to Rule 37(a)(3) FRCP for an order compelling discovery responses by defendants. The undersigned certifies that prior to filing this motion, counsel conferred in good faith in an effort to obtain the discovery responses sought in this motion without the need for court action. Plaintiff's Memorandum in Support is offered contemporaneously with this Motion.

Dated this 26th day of February 2008.

                                                /s/ Meg K. Allison_____
                                               Meg K. Allison (AK Bar No. 0511091)
                                               Jacob Kammermeyer, Esq. (AK Bar No. 0506043)
                                               DISABILITY LAW CENTER OF ALASKA

3330 Arctic Blvd., Suite 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Attorney for Plaintiffs
Email:  mallison@dlcak.org
         jakekammermeyer@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2008
A copy of the foregoing document was served
Electronically via ECF on:

Brad Owens
bradowens@jdolaw.com

  /s/ Meg K. Allison

Meg K. Allison