Meg K. Allison (AK Bar No. 0511091)
Jacob Kammermeyer, Esq. (AK Bar No. 0506043)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Attorney for Plaintiffs
Email: mallison@dlcak.org
         jakekammermeyer@yahoo.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR ALASKA**

| | |
|---|---|
| M.H., by his legal guardian, L.P.; ) <br> A.D. by his legal guardian, J.N., and ) <br> S.T. by his legal guardian, A.T., on ) <br> Behalf of themselves and All Others ) <br> Similarly Situated, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> Anchorage School District, ) <br> ) <br> Defendant. ) | Case No. 3:06-cv-00138 <br><br> Class Action |

**PROPOSED ORDER**

The Plaintiffs' Motion to Compel is GRANTED.  Defendant will submit their discovery responses to Plaintiffs no later than _____.

Dated this ___ day of _____, 2008.

_____
U.S. District Court Judge