Meg K. Allison (AK Bar No. 0511091)
Jacob Kammermeyer, Esq. (AK Bar No. 0506043)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Attorney for Plaintiffs
Email: mallison@dlcak.org
          jakekammermeyer@yahoo.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.;<br>A.D. by his legal guardian, J.N.; and<br>S.T. by his legal guardian, A.T., on<br>Behalf of Themselves and All Others<br>Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Anchorage School District,<br><br>　　　　　Defendant. | Case No. 3:06-cv-00138<br><br>Class Action<br><br>**AFFIDAVIT OF MEG K.**<br>**ALLISON** |

Meg K. Allison, being first duly sworn on oath, states as follows:

1.  I am an attorney with the Disability Law Center of Alaska, attorneys for plaintiffs M.H., by his legal guardian, L.P., A.D., by his legal guardian, J.N., and S.T., by his legal guardian, A.T., in the above-captioned proceeding. I am competent to make this affidavit and do so on the basis of personal knowledge and upon a review of records of the Disability Law Center of Alaska kept in the ordinary course of business in connection with this matter.

2.  On January 30, 2008, Defendant Anchorage School District ("ASD") served its responses to Plaintiff's Second Set of Discovery Requests and Third Set of Discovery Requests.

ASD objected to and refused to answer any of Plaintiff's requests, responding to each individually as follows: "This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims." True and correct copies of ASD's responses are attached hereto as <u>Exhibit A</u> and <u>Exhibit B</u>.

3. On February 4, 2008, I requested that ASD provide grounds for its stated objections. A true and correct copy of that correspondence is attached hereto as <u>Exhibit C</u>.

4. ASD responded via electronic mail on February 4, 2008, stating that Plaintiff's discovery request were not relevant because the requests were directed towards class issues and claims and that ASD's pending Motion to Dismiss justified delaying compliance with Plaintiff's discovery requests. A true and correct copy of that correspondence is attached hereto as <u>Exhibit D</u>.

5. On February 5, 2008, I responded to each of the District's objections and the rationale for the objections. A true and correct copy of that correspondence is attached hereto as <u>Exhibit E</u>.

6. On February 12, 2008, I met telephonically with Brad Owens, attorney for ASD, in an effort to resolve the discovery dispute. Over the course of that meeting, ASD agreed to provide a response to Plaintiff's Discovery Request 1 in Plaintiff's Second Request. ASD otherwise reiterated its stated objections to all other outstanding discovery requests.

7. On February 19, 2008, I stated that, since we were unable to resolve the discovery issues, Plaintiffs will be seeking court intervention. A true and correct copy of that correspondence is attached hereto as <u>Exhibit F</u>.

8. As of February 26, 2008, Plaintiffs have not received a response to Discovery Request 1 as promised.

_____
Meg K. Allison

SUBSCRIBED AND SWORN to before me this 26th day of February, 2008.



_____
Notary Public in and for the State of Alaska.
My commission expires: 12-13-09

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2008
A copy of the foregoing document was served
Electronically via ECF on:

Brad Owens
bradowens@jdolaw.com

/s/ Meg K. Allison