Bradley D. Owens, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; A.D. by his legal Guardian, J.N., and S.T. by his legal guardian, A.T., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Anchorage School District,<br><br>Defendant. | Case No. 3:06-cv-00138 (TMB) |

## DEFENDANT'S RESPONSES TO PLAINTIFFS' SECOND SET OF DISCOVERY REQUESTS TO DEFENDANT

COMES NOW Defendant, Anchorage School District ("ASD"), and hereby submits the following responses to Plaintiffs' Second Set of Discovery Requests to Defendant. Defendant will supplement the discovery responses herein as additional information becomes available through discovery or as circumstances warrant.

Defendant's Responses to Plaintiffs' Second Set of Discovery Requests to Defendants
*M.H., A.D., and S.T., et al. v. Anchorage School District*
Case No. 3:06-cv-00138 (TMB)
3227.1186 / 169908

Page 1 of 11

Exhibit A
1 of 11

## DISCOVERY REQUESTS

1. Please produce any and all educational records for the named plaintiffs that were not provided in District's initial disclosures from the 2005-2006 school year through present.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

2. For the 2005-2006, 2006-2007 and 2007-2008 school years, produce or indicate by bate stamp page number(s) in the documents already produced all procedural memorandums, administrative manuals and trainings regarding procedural guidance given to high school, middle school and elementary school as referenced in response to Interrogatory No. 7 at pg. 11. For each document, please indicate the following: the school year each document was utilized; whether a document was superseded by another memorandum, administrative manual or training; the memorandum, administrative manual or training that superseded it; and how school personnel were notified of the change in procedural guidance.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Defendant's Responses to Plaintiffs' Second Set of Discovery Requests to Defendants
*M.H., A.D., and S.T., et al. v. Anchorage School District*
Case No. 3:06-cv-00138 (TMB)
3227.1186 / 169908                                                                Page 2 of 11

Exhibit A
2 of 11

3. For the 2005-2006, 2006-2007 and 2007-2008 school years produce or indicate by bate stamp page number(s) in the documents already produced the school wide discipline plans for each school within the district as referenced in response to Interrogatory No. 7, pg. 13, 15 & 18.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

4. For the 2005-2006, 2006-2007 and 2007-2008 school years produce or indicate by bate stamp page number(s) in the documents already produced any and all documents related to the administration of the Creating Successful Futures ("CSF") program referenced in response to Interrogatory No. 7, pg. 14.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

5. Describe the manner in which the CSF program is administered and implemented for general education students, as well as children eligible for special education, and children eligible for services under Section 504.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

Defendant's Responses to Plaintiffs' Second Set of Discovery Requests to Defendants
*M.H., A.D., and S.T., et al. v. Anchorage School District*
Case No. 3:06-cv-00138 (TMB)
3227.1186 / 169908
Page 3 of 11

Exhibit A
3 of 11

6.  Describe any review steps, systems or protocols that the District utilizes to ensure that elementary school, middle school or high school wide discipline plans do not contradict school board policy or division level procedural guidance. Please, specify the frequency in which review of school wide discipline plans is undertaken, and who or which team, including the name and title of each person, undertakes such reviews.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

7.  For the 2005-2006, 2006-2007 and 2007-2008 school years please produce or indicate in the documents already produced by bate stamp page number(s) all middle school team discipline plans as referenced in response to Interrogatory No. 7, pg. 17.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

8.  Please produce 10 redacted examples (other than the named plaintiffs) of how the information appears in the VAX system to identify middle and high school students eligible for special education and Section 504 services who have been suspended out of school during the 2005-2006, 2006-2007 and 2007-2008 school years. Please provide 10 examples of both middle and high school students for each school year indicated, including five examples of children eligible for special education and five examples of children eligible under Section 504 for each of the middle and high school

Defendant's Responses to Plaintiffs' Second Set of Discovery Requests to Defendants
*M.H., A.D., and S.T., et al. v. Anchorage School District*
Case No. 3:06-cv-00138 (TMB)
3227.1186 / 169908

Page 4 of 11

Exhibit A
4 of 11

examples for each school year; for a total of 60 examples. For each example, please indicate the school the student attends or attended at the time the example pertains to and the school year for each example. The District may identify these students in any way it chooses so long as additional information regarding the students identified may later be requested by the identification method utilized by the District. If more than one example VAX record is produced for a particular student, the District should use the same identifier on each VAX record produced associated with that student. If a student whose records are produced in conjunction with this discovery request has been identified in any of the other documents produced by the District, the District should use the same identifier used in the documents already produced—i.e. the numbers assigned to students in the documents produced in response to Interrogatory Nos. 1-3.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

9.  For each of the students identified above by the District in response to discovery request No. 8 as well as for the named plaintiffs, please provide any and all copies of the <u>Facts and Consequences (SpEd students)</u> form (such as ASD 004104-004106) that pertain to them.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

**Defendant's Responses to Plaintiffs' Second Set of Discovery Requests to Defendants**
*M.H., A.D., and S.T., et al. v. Anchorage School District*
Case No. 3:06-cv-00138 (TMB)
3227.1186 / 169908

Page 5 of 11

Exhibit A
5 of 11

10.  For each elementary, middle and high school within the District, please provide the <u>Suspension Report(s)</u> (such as ASD 004094-004095) for the 2005-2006, 2006-2007 and 200-2008 school years.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

11.  Please produce all of the <u>PIC Record Keeping Excel Sheets</u> (see ASD 004510) kept during 2005-2006, 2006-2007 and 2007-2008 school years indicating who was responsible for preparing these sheets, the individual's title, and the school that is represented by each Excel sheet produced.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

12.  Please produce the "paper work to help AP" referenced as attached to the document produced as ASD 004509-004511.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Defendant's Responses to Plaintiffs' Second Set of Discovery Requests to Defendants
*M.H., A.D., and S.T., et al. v. Anchorage School District*
Case No. 3:06-cv-00138 (TMB)
3227.1186 / 169908

Page 6 of 11

Exhibit A
6 of 11

13.  For each school year from 2005-2006 through present, please produce any and all <u>Simultaneous Round Table</u> documents that responded to the question: "WHAT PREVENTION STRATEGIES DOES YOU[R] SCHOOL HAVE IN PLACE BEFORE SUSPENDING?" *See, e.g.*, ASD 004513.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

14.  For each school year from 2005-2006 through present, please produce any and all <u>Simultaneous Round Table</u> document that responded to the question: "WHAT INTERVENTION STRATEGIES DOES YOUR SCHOOL HAVE IN PLACE FOR REPEAT OFFENDERS?" *See, e.g.*, ASD 004515.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

15.  Please produce any and all information for each school in the District (as referenced at ASD 003996) detailing the number of in-school and out-of-school suspensions by quarter from the 2005-2006 school year through present.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

**Defendant's Responses to Plaintiffs' Second Set of Discovery Requests to Defendants**
*M.H., A.D., and S.T., et al. v. Anchorage School District*
Case No. 3:06-cv-00138 (TMB)
3227.1186 / 169908

Page 7 of 11

Exhibit A
7 of 11

16.   Produce all discipline charts (see ASD 003996) for all elementary, middle and high schools within the District for the 2005-2006, 2006-2007 and 2007-2008 school years.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

17.   Please produce all completed <u>Student Discipline Administrative Checklist(s)</u> with the students' named redacted that have been completed since this form has been instituted within the District, The District may identify these students in any way it chooses so long as additional information regarding the students identified may later be requested by the identification method utilized by the District. If more than one checklist exists for a student, the District should use the same identifier on each checklist associated with that student. If a student whose records are produced in conjunction with this discovery request has been identified in any of the other documents produced by the District, the District should use the same identifier used in the documents already produced—i.e. the numbers assigned to students in the documents produced in response to Interrogatory Nos. 1-3.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

**Defendant's Responses to Plaintiffs' Second Set of Discovery Requests to Defendants**
*M.H., A.D., and S.T., et al. v. Anchorage School District*
Case No. 3:06-cv-00138 (TMB)
3227.1186 / 169908

Page 8 of 11

Exhibit A
8 of 11

18. Describe how the <u>Student Discipline Administrative Checklist</u> (such as ASD 00531) is implemented by the District. Please identify who is responsible for filling out the checklist, when the checklist is utilized, and where completed checklists are retained. Additionally, please indicate all dates the District provided training with regard to the use of the checklist. For each training date, please provide all materials associated with that training, who conducted the training, and an attendance roster of those who attended the training.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

19. For 15 Section 504 students who have been suspended 10 or more school days during the 2005-2006, 2006-2007 and 2007-2008 school year, please produce any and all manifestation determination paperwork for each suspension the student received where a manifestation determination was conducted and the students' SMS attendance/discipline summary for that school year (*see* ASD 000294, 000442-000443 for example). Please provide the records requested above for 15 students for each school year indicated; for a total of 45 students. For the 2005-2006 and 2006-2007 school years, the District should identify these students by the number the student was identified by in documents ASD 006560-006566 produced in response to Interrogatory No. 3. If more than one identifier was used for a single student, e.g. the student was assigned an identifier for the 2005-2006 school year and a different identifier for the 2006-2007

Defendant's Responses to Plaintiffs' Second Set of Discovery Requests to Defendants
*M.H., A.D., and S.T., et al. v. Anchorage School District*
Case No. 3:06-cv-00138 (TMB)
3227.1186 / 169908                                                   Page 9 of 11

Exhibit A
9 of 11

school year in response to Interrogatory No. 3, the District should indicate when two identifiers represent a single student. For the 2007-2008 school year, the District may identify these students in any way it chooses so long as additional information regarding the students identified may later be requested by the identification method utilized by the District. If 15 Section 504 students have not been suspended for 10 or more school days during the 2007-2008 school year, please produce the requested records of all Section 504 students suspended 10 or more school days during that school year.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

20.  Please produce all completed <u>Section 504 Survey(s)</u> such as the document found at ASD 000381.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

21. Describe the process, protocols or procedures by which all suspensions that exceed 10 days at the middle school and, if applicable high school level, are reviewed by the Executive Director's Office and the Special Education Executive Director's Office as referenced in response to Interrogatory No. 7, pg. 18.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Defendant's Responses to Plaintiffs' Second Set of Discovery Requests to Defendants
*M.H., A.D., and S.T., et al. v. Anchorage School District*
Case No. 3:06-cv-00138 (TMB)
3227.1186 / 169908                                    Page 10 of 11

Exhibit A
10 of 11

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

22. Please produce or indicate by bate stamp page number(s) in those documents already produced any and all documents referenced in response to Discovery Request No. 21 above.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

Dated in Anchorage Alaska this 30th day of January, 2008.

JERMAIN DUNNAGAN & OWENS, P.C.
Attorneys for Anchorage School District

By: _____
for Bradley D. Owens, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com
Alaska Bar #7610122

Certificate of Service
This is to certify that on this 30th day of January, 2008, a true and correct copy of the foregoing was electronically mailed to:

Meg K. Allison
mallison@dlcak.org

Kathie Meyer

---

Defendant's Responses to Plaintiffs' Second Set of Discovery Requests to Defendants
*M.H., A.D., and S.T., et al. v. Anchorage School District*
Case No. 3:06-cv-00138 (TMB)
3227.1186 / 169908