Bradley D. Owens, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; A.D. by his legal Guardian, J.N., and S.T. by his legal guardian, A.T., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Anchorage School District,<br><br>Defendant. | Case No. 3:06-cv-00138 (TMB) |

## DEFENDANT'S RESPONSES TO PLAINTIFFS' THIRD SET OF DISCOVERY REQUESTS TO DEFENDANT

COMES NOW Defendant, Anchorage School District ("ASD"), and hereby submits the following responses to Plaintiffs' Second Set of Discovery Requests to

Defendant's Responses to Plaintiffs' Second Set of Discovery Requests to Defendants
*M.H., A.D., and S.T., et al. v. Anchorage School District*
Case No. 3:06-cv-00138 (TMB)
3227.1186 / 171850                                                                 Page 1 of 3

Exhibit B
1 of 3

Defendant. Defendant will supplement the discovery responses herein as additional information becomes available through discovery or as circumstances warrant.

## DISCOVERY REQUESTS

1. Produce in electronic format all electronically stored information or databases utilized to produce the reports submitted in response to Interrogatory No. 8. Please produce this information in an Excel spreadsheet or Rich Text Format. If the information is produced in its native format, please indicate what programs the information can be viewed in, such as Microsoft Excel.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

2. Produce in electronic format, such as an Excel spreadsheet or Rich Text Format, the disability code, for each student identified in the in-school suspension reports, out of school suspension reports and expulsion reports produced in response to Interrogatory no. 8. *See e.g.* ASD 006714-6712. For each student identified in the reports, please include the student's ID number and the disability code for that student.

**RESPONSE:** This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

---

**Defendant's Responses to Plaintiffs' Second Set of Discovery Requests to Defendants**
*M.H., A.D., and S.T., et al. v. Anchorage School District*
Case No. 3:06-cv-00138 (TMB)
3227.1186 / 171850                                                                 Page 2 of 3

3.   Produce in electronic format, such as an Excel spreadsheet or Rich Text Format, the database used create the manifestation reports produced in response to Interrogatory No. 8. *See* ASD 006714-006717. For each student identified in the reports, please include the student's ID number and the disability code for that student.

**RESPONSE:**   This request is overly broad, unduly burdensome, and is neither relevant to the claims asserted by the individual plaintiffs, nor does it appear reasonably calculated to result in the discovery of admissible evidence concerning those claims.

Dated in Anchorage Alaska this 30th day of January, 2008.

JERMAIN DUNNAGAN & OWENS, P.C.
Attorneys for Anchorage School District

By: _____
Bradley D. Owens, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com
Alaska Bar #7610122

Certificate of Service

This is to certify that on this 30th day of January, 2008, a true and correct copy of the foregoing was electronically mailed to:

Meg K. Allison
mallison@dlcak.org

_____
Kathie Meyer

Defendant's Responses to Plaintiffs' Second Set of Discovery Requests to Defendants
*M.H., A.D., and S.T., et al. v. Anchorage School District*
Case No. 3:06-cv-00138 (TMB)
3227.1186 / 171850                                                                 Page 3 of 3

Exhibit B
3 of 3