**DISABILITY LAW CENTER OF ALASKA**

ANCHORAGE
3330 Arctic Boulevard
Suite 103
Anchorage, AK 99503
(907) 565-1002
FAX (907) 565-1000
1-800-478-1234
www.dlcak.org

MEMBER OF THE
NATIONAL
DISABILITY
RIGHTS
NETWORK

February 4, 2008

Brad Owens                                                                                    Via Facsimile
Cheryl Mandala
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

Re: *M.H. et al. v. Anchorage School District*, 3:06-cv-00138(TMB)

Dear Brad and Cheryl:

We have received the District's objections to our second and third discovery requests. However, these objections are not sufficient pursuant to Local Rule 26.1(a) as they do not clearly and distinctly set forth the grounds upon which the objections are based, but merely respond to each discovery request as not relevant, overbroad and burdensome. We would like to meet to confer pursuant to Local Rule 37.1 before we decide whether to file a motion to compel these responses, but in order for both parties to do so in good faith, we need the District to provide objections in accordance with the Local Rule 26.1. We request that you provide the grounds for your stated objections no later than the close of business on February 5, 2008 so that we can meet to confer this week so as to not create any delays in the current scheduling of this matter.

Additionally, we have not received the names of the teachers that were redacted from the District's production of training attendance sheets and logs. We provided our basis for seeking this information on January 11, 2008 in response to the District's concerns about relevancy and confidentiality. To date, we have still not received the information or any further response from the District.

In your email dated January 25, 2008, you indicated the District will complete any remaining supplementation to our first discovery request as it indicated it would. Can you please indicate when the District intends to provide that supplementation and exactly what the District intends to supplement?

We would like to hear back from the District on the concerns expressed above, no later than February 5, 2008. As always, if you have any questions regarding this correspondence, please do not hesitate to contact me.

Sincerely,

Meg K. Allison

Exhibit C
1 of 2

```
02/04/2008 MON 09:19    FAX 907 565 1000        DLC                     ☑001
```

```
********************
*** FAX TX REPORT ***
********************

TRANSMISSION OK

JOB NO.                 2033
DESTINATION ADDRESS     5637322
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME                02/04 09:17
USAGE T                 01'22
PGS.                    2
RESULT                  OK
```



# Facsimile Cover Sheet

**ANCHORAGE**
3330 Arctic Boulevard
Suite 103
Anchorage, AK 99503
(907) 565-1002
FAX (907) 565-1000
1-800-478-1234
www.dlcak.org

**To:** Brad Owens
Cheryl Mandala
**Company:** Jermain, Dunnagan & Owens
**Phone:**
**Fax:** 563-7322

**From:** Meg Allison
**Company:** Disability Law Center
**Phone:** (907) 565-1002
**Fax:** (907) 565-1000

**Date:** 02/04/2008
**Pages including this cover page:** 2

## CONFIDENTIAL

*This facsimile contains confidential information. This FAX is to be reviewed initially by only the individual or entity to whom it is addressed. If the reader of this Transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this FAX, or the information contained herein, is prohibited. If you have received this FAX in error, please call us (collect) immediately at 907-565-1002, and return this FAX by mail to Disability Law Center of Alaska, 3330 Arctic Blvd., Ste. 103, Anchorage, Alaska 99503. Thank you.*

**Comments:**

Exhibit C
2 of 2