**Meg Allison**
___

| | |
|---|---|
| From: | Bradley Owens [bradowens@jdolaw.com] |
| Sent: | Monday, February 04, 2008 3:15 PM |
| To: | Meg Allison; Jake Kammermeyer |
| Cc: | Cheryl Mandala; Heather Kegley; Kathie Lissa; Fraczek_Eudora |
| Subject: | MH discovery objections |

Meg,

We have received your letter today re MH, et al., requesting more specific objections to your 2nd and 3rd discovery requests. I am responding promptly as requested.

First, neither Cheryl nor I am available to meet with you this week since I am still in San Diego and Cheryl is in a DPH beginning tomorrow through Thursday, and then gone for about ten days. I will be back in the office on Feb. 13--perhaps we could meet some time that week, although I have a dentist's appt on Thurs. morning and an oral arg before the Ak S. Ct. on Fri. morning.

Second, I am not sure how much more specific we can be than to say the discovery is not relevant to any of the claims by the individual pltfs. Instead, it is directed toward class issues and claims. As I mentioned before, since there has been no certification of a class--not even a mtn to certify--it is overly broad. The amount of materials you have requested is clearly substantial and without class certification, it is clearly unduly burdensome.

Third, there is also pending our mtn to dismiss the claims of the three pltfs, who are the purported class representatives. If their claims are dismissed, there is no putative class without adequate class reps. Thus, it makes undeniable good sense to withhold further discovery on class issues until this mtn to dismiss is decided. I believe our position in this matter regarding the impact of the pending mtn to dismiss is similar to your position in the Mortemore fees lawsuit.

Lastly, I have asked Heather in our office to make sure we provide the supplementation to our response to the 1st discovery requests, as soon as possible.

Please let me know if you have any questions.

Brad

*The information contained in this transmittal is confidential, may be subject to attorney-client privilege and is intended only for the use of the recipient named above. If the reader of this information is not the intended recipient, or the employee or agent responsible for delivery of this information to the intended recipient, you are hereby notified that this is not a waiver of privilege and any dissemination, distribution, or copying of this information is strictly prohibited. If you have received this information in error, please notify the sender immediately by telephone at (907) 563-8844 and delete this message from your system.*