**DISABILITY LAW CENTER OF ALASKA**

ANCHORAGE
3330 Arctic Boulevard
Suite 103
Anchorage, AK 99503
(907) 565-1002
FAX (907) 565-1000
1-800-478-1234
www.dlcak.org

MEMBER OF THE
NATIONAL
DISABILITY
RIGHTS
NETWORK

February 19, 2008

Brad Owens                                                                Via Facsimile
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

Re: *M.H. et al. v. Anchorage School District*, 3:06-cv-00138(TMB)

Dear Brad:

This letter is to confirm that we spoke on February 12, 2008 in an effort to comply with Local Rule 37.1(a) regarding the ongoing discovery issues in the above-referenced matter. It is my understanding from our discussion that, except as discussed below, the district stands by the objections and the rationale already provided for those objections to our second and third discovery requests and has nothing further it wishes to offer. As we were unable to resolve these issues, we will be seeking intervention from the court.

With regard to the individual student records requested in Discovery Request 1 of Plaintiff's Second Set of Discovery Requests, it was my understanding that those would be provided to our office by Friday, February 15, 2008. However, we have not received those records. If those records are not received by Thursday, we will assume that they are not going to be provided.

With regard to the teachers' names on the training attendance forms we first wrote to you about in January, you were going to get clarification of whether the supplemental discovery responses provided on February 7, 2008 were intended to be additional training sheets or to supplant those sheets that had already been provided, but were redacted. We have received no word from you on this issue. If the latter is true and the new training sheets were meant to supplant the ones previously provided, but redacted, we would request that the supplemental response be provided with the corresponding bate stamp number from the originally provided redacted sheet. It would take us considerable time and effort to determine which of the newly provided training sheets were meant to replace those that were redacted and as we were entitled to receive the information in the first instance, it is appropriate that the district provide the unredacted copies of the training sheets with the correct bate stamp numbers. We would like clarification of this issue no later than Thursday.

Sincerely,

Meg K. Allison

```
*********************
*** FAX TX REPORT ***
*********************

              TRANSMISSION OK

JOB NO.                 2113
DESTINATION ADDRESS     5637322
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME                02/19 15:10
USAGE T                 01' 25
PGS.                    2
RESULT                  OK
```



# Facsimile Cover Sheet

ANCHORAGE
3330 Arctic Boulevard
Suite 103
Anchorage, AK 99503
(907) 565-1002
FAX (907) 565-1000
1-800-478-1234
www.dlcak.org

**To:** Brad Owens
**Company:** Jermain, Dunnagan & Owens
**Phone:**
**Fax:** 563-7322

**From:** Meg Allison
**Company:** Disability Law Center
**Phone:** (907) 565-1002
**Fax:** (907) 565-1000

**Date:** 2/19/2008
**Pages including this cover page:** 2

## CONFIDENTIAL

This facsimile contains confidential information. This FAX is to be reviewed initially by only the individual or entity to whom it is addressed. If the reader of this Transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this FAX, or the information contained herein, is prohibited. If you have received this FAX in error, please call us (collect) immediately at 907-565-1002, and return this FAX by mail to Disability Law Center of Alaska, 3330 Arctic Blvd., Ste. 103, Anchorage, Alaska 99503. Thank you.

Comments: