Meg K. Allison (AK Bar No. 0511091)
Jacob Kammermeyer, Esq. (AK Bar No. 0506043)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Attorney for Plaintiffs
Email: mallison@dlcak.org
       jakekammermeyer@yahoo.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.;<br>A.D. by his legal guardian, J.N., and<br>S.T. by his legal guardian, A.T., on<br>Behalf of themselves and All Others<br>Similarly Situated,<br><br>  Plaintiffs,<br>v.<br><br>Anchorage School District,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00138<br>)<br>)<br>)<br>) |

_____

### ERRATA

Comes now, Plaintiffs, by and through counsel, Disability Law Center, hereby advise the Court formally that the Good Faith Certificate was inadvertently not filed with their Motion to Compel. Plaintiffs apologize for any confusion this may have caused the Court or Defendants.

Dated this 27th day of February 2008.

       /s/ Meg K. Allison_____
Meg K. Allison (AK Bar No. 0511091)
Jacob Kammermeyer, Esq. (AK Bar No. 0506043)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
Telephone: (907) 565-1002

        Fax: (907) 565-1000
        Attorney for Plaintiffs
        Email: mallison@dlcak.org
                jakekammermeyer@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2008
A copy of the foregoing document was served
Electronically via ECF on:

Brad Owens
bradowens@jdolaw.com

  _/s/ Meg K. Allison_____
Meg K. Allison