Meg K. Allison (AK Bar No. 0511091)
Jacob Kammermeyer, Esq. (AK Bar No. 0506043)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Attorney for Plaintiffs
Email: mallison@dlcak.org
        jakekammermeyer@yahoo.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| M.H., by his legal guardian, L.P.; | ) | |
| A.D. by his legal guardian, J.N.,  and | ) | |
| S.T. by his legal guardian, A.T., on | ) | |
| Behalf of themselves and All Others | ) | |
| Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 3:06-cv-00138 |
| | ) | |
| Anchorage School District, | ) | |
| | ) | |
| Defendant. | ) | |

_____

## GOOD FAITH CERTIFICATE

All counsel certify that they have conferred in good faith to resolve the issues in question that

it is necessary to file the following motion: Motion to Compel.

o    The motion is opposed by the Defendant.

The parties agree that oppositions to the motion and any reply are to be served and filed

provided in D.AK. LR 7.1.

Dated this 27th day of February 2008.

_/s/ Meg K. Allison_____
Meg K. Allison (AK Bar No. 0511091)
Jacob Kammermeyer, Esq. (AK Bar No. 0506043)
DISABILITY LAW CENTER OF ALASKA

3330 Arctic Blvd., Suite 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Attorney for Plaintiffs
Email: mallison@dlcak.org
         jakekammermeyer@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2008
A copy of the foregoing document was served
Electronically via ECF on:

Brad Owens
bradowens@jdolaw.com


 _/s/ Meg K. Allison_____
Meg K. Allison