Meg K. Allison (AK Bar No. 0511091)
Jacob Kammermeyer, Esq. (AK Bar No. 0506043)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Email: mallison@dlcak.org
       jakekammermeyer@yahoo.com

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.;<br>A.D. by his legal guardian, J.N.; and<br>S.T. by his legal guardian, A.T., on<br>Behalf of Themselves and All Others<br>Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Anchorage School District,<br><br>　　　　　　Defendant. | Case No. 3:06-cv-00138<br><br>Class Action<br><br>**AFFIDAVIT OF MEG K.**<br>**ALLISON** |

Meg K. Allison, being first duly sworn on oath, states as follows:

1. I am an attorney with the Disability Law Center of Alaska, attorneys for plaintiffs in the above-captioned proceeding.

2. The Disability Law Center represented M.H. in the due process. A true and correct copy of the due process hearing request is attached hereto as <u>Exhibit A</u>.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Meg K. Allison
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Meg K. Allison

SUBSCRIBED AND SWORN to before me this 29th day of February, 2008.

_____
Notary Public in and for the State of Alaska.
My commission expires: 12/13/09

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2008
A copy of the foregoing document was served
Electronically via ECF on:

Brad Owens
bradowens@jdolaw.com

/s/ Meg K. Allison

*M.H. et al. v. Anchorage School District*                                                                 Page 2 of 2
Affidavit of Meg Allison
3:06-cv-00138 (TMB)