Bradley D. Owens, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; A.D. by his legal Guardian, J.N., and S.T. by his legal guardian, A.T., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Anchorage School District,<br><br>　　　　　　　　Defendant. | Case No. 3:06-cv-00138 (TMB) |

## STIPULATION FOR EXTENSION OF TIME

Comes now the defendant Anchorage School District, by and through its attorneys Jermain Dunnagan & Owens, P.C., who hereby file this stipulation to extend the deadline to March 17, 2008 to reply to Plaintiff's Opposition to Motion to Dismiss.  Counsel for both parties have conferred and agree to the extension.

*M.H. et al. v. Anchorage School District*　　　　1
Stipulation for Extension of Time
Case No. 3:06-cv-00138 (TMB)

Dated in Anchorage Alaska this 6th day of March, 2008.

                                               JERMAIN DUNNAGAN & OWENS, P.C.
                                               Attorneys for Anchorage School District

                                      By: /s/ Bradley D. Owens
                                               Bradley D. Owens
                                               Jermain Dunnagan & Owens, P.C.
                                               3000 A Street, Suite 300
                                               Anchorage, AK  99503
                                               Telephone: (907) 563-8844
                                               Facsimile: (907) 563-7322
                                               bradowens@jdolaw.com
                                               Alaska Bar #7610122

Dated in Anchorage Alaska this 6th day of March, 2008.

                                               DISABILITY LAW CENTER
                                                OF ALASKA, INC.
                                               Attorneys for Plaintiffs

                                      By: /s/ Meg K. Allison (Consented)
                                               Meg K. Allison
                                               Alaska Bar #0511091

Certificate of Service

This is to certify that on this 6th day of March, 2008, a true and correct copy of the Foregoing was electronically mailed to:

Meg K. Allison

s/ Bradley D. Owens
3227.1186 - 177844

*M.H. et al. v. Anchorage School District*
Stipulation for Extension of Time
Case No. 3:06-cv-00138 (TMB)
                                  2