## Declaration of Eudora Fraczek

I, Eudora Fraczek, declare under penalty of perjury that the following statements are true and correct to the best of my knowledge.

1. I am employed by the Anchorage School District ("District") as the Director of Federal and State Compliance. The statements in this declaration are based on my personal knowledge or review of the educational records and files normally and regularly maintained by the District.

2. I am the person at the District who is primarily responsible for supervision of the search of the District records and files for production of the documents and information requested by the plaintiffs in this lawsuit.

3. The District has already produced over 8,300 pages of documents in response to the discovery requests by plaintiffs in this lawsuit. In order to produce these documents, it has been necessary to search through District records and files, locate documents responsive to the discovery requests, review and organize these documents and records, number and copy each page prior to producing the documents in response to the discovery requests.

4. I estimate District employees in my office have devoted more than 50 hours to complete these tasks in order to produce these documents and information. Other District employees also have spent time searching for, gathering, organizing and copying records and materials to complete these tasks, but I do not know how many additional hours were needed by those employees. The costs for the time by employees from my office exceed $1600, and I am unable to estimate the additional cost of this effort by other District employees since I am unsure of the amount of their time.

EXHIBIT 1
Page 1 of 2

5.  Based on this, I believe that it would be costly and time-consuming to produce the additional records, materials and information as requested by plaintiffs in their Second and Third sets of discovery requests.

6.  I have requested all District educational records for A.D. Based on that request and reviewing the records, I have determined that A.D. has not been enrolled in the District since January 29, 2007, and the District has produced all the educational records within its possession for A.D.

*Eudora Fraczek*
Eudora Fraczek

3227.1186 - 191840

EXHIBIT 1
Page 2 of 2