| | |
|---|---|
| M.H., by his legal guardian, L.P.; A.D. by his legal Guardian, J.N., and S.T. by his legal guardian, A.T., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Anchorage School District,<br><br>　　　　　　　Defendant. | Case No. 3:06-cv-00138 (TMB) |

## AMENDED CERTIFICATE OF SERVICE

The Opposition to Motion to Compel filed at docket number 51, was served electronically on Meg K. Allison on March 13, 2008.

DATED at Anchorage, Alaska the 14th day of March, 2008.

　　　　　　　　　　JERMAIN DUNNAGAN & OWENS, P.C.
　　　　　　　　　　Attorneys for Anchorage School District

　　　　　　　　　　By: /s/ Bradley D. Owens
　　　　　　　　　　　　Bradley D. Owens, Esq.
　　　　　　　　　　　　Jermain Dunnagan & Owens, P.C.
　　　　　　　　　　　　3000 A Street, Suite 300
　　　　　　　　　　　　Anchorage, AK 99503
　　　　　　　　　　　　Telephone: (907) 563-8844
　　　　　　　　　　　　Facsimile: (907) 563-7322
　　　　　　　　　　　　bradowens@jdolaw.com
　　　　　　　　　　　　Alaska Bar #7610122

Certificate of Service

This is to certify that on this 14th day of March, 2008, a true and correct copy of the foregoing was electronically mailed to:

Meg K. Allison

s/ Bradley D. Owens

3227.1186

{C0191905 }