Meg K. Allison, Esq. (AK Bar No. 0511091)
Jacob Kammermeyer (AK Bar No. 0506043)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Attorney for Plaintiff
Email: mallison@dlcak.org
       jakekammermeyer@yahoo.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR ALASKA**

| | |
|---|---|
| M.H., by his legal guardian, L.P.; ) <br> A.D. by his legal guardian, J.N., and ) <br> S.T. by his legal guardian, A.T., on ) <br> Behalf of themselves and All Others ) <br> Similarly Situated, ) <br>  ) <br> Plaintiffs, ) <br> v.  ) <br>  ) <br> Anchorage School District, ) <br>  ) <br> Defendant. ) | <br><br><br><br><br><br><br>Case No. 3:06-cv-00138 <br><br>Class Action |

**MOTION TO STRIKE UNRESPONSIVE PLEADING**

COMES NOW, the Plaintiffs in the above captioned matter and move this Court for an order striking the unresponsive portions of the Anchorage School District's ("ASD") reply to motion to dismiss at Docket No. 53.  Local Rule 7.1(b) restricts reply memorandum by the party initiating the motion to rebuttal of factual and legal arguments raised in the opposition.  In its reply, ASD raises for the first time that A.D.'s claims are now moot.  *Id*. at pg. 3.  Plaintiffs did not raise the issue of mootness in its opposition to ASD's motion to dismiss.  *See* Docket No. 46, generally.  Likewise, ASD argues the effect of a new Disciplinary Policy in its reply for the first time.  Docket No. 53, pg. 3.  Because ASD has belatedly raised the issue of mootness, and the

effect of the new Disciplinary Policy, the Plaintiffs are not afforded an opportunity to respond to these arguments. Thus, it is appropriate for the Court to strike these potions of ASD's reply memorandum.

## CONCLUSION

Because the argument regarding mootness and the Disciplinary Policy were raised by ASD for the first time on reply, Plaintiffs respectfully request that the Court disregard those arguments. In the alternative, if the Court allows ASD to raise those arguments through its reply brief, Plaintiffs request an opportunity to address the arguments. *Provenz v. Miller,* 102 F.3d 1478, 1483 (9th Cir.1996) (a district court may consider new evidence presented in a reply brief if the district court gives the adverse party an opportunity to respond).

Dated: March 18, 2008                                   Respectfully submitted,

/s/ Meg K. Allison
Meg K. Allison, Esq. (AK Bar No. 0511091)
Jacob Kammermeyer (AK Bar No. 0506043)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Attorney for Plaintiff
Email: mallison@dlcak.org
          jakekammermeyer@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2008
A copy of the foregoing document was served
Electronically via ECF on:

Brad Owens
bradowens@jdolaw.com

Cheryl Mandala
cmandala@jdolaw.com

  /s/ Meg K. Allison
Meg K. Allison