Meg K. Allison (AK Bar No. 0511091)
Jacob Kammermeyer, Esq. (AK Bar No. 0506043)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Attorney for Plaintiffs
Email: mallison@dlcak.org
       jakekammermeyer@yahoo.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR ALASKA**

| | |
|---|---|
| M.H., by his legal guardian, L.P.; ) <br> A.D. by his legal guardian, J.N.,  and ) <br> S.T. by his legal guardian, A.T., on ) <br> Behalf of themselves and All Others ) <br> Similarly Situated, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> Anchorage School District, ) <br> ) <br> Defendant. ) | <br><br><br><br><br><br><br>Case No. 3:06-cv-00138<br><br>Class Action |

**PROPOSED ORDER**

The Plaintiffs' Motion to Strike is GRANTED.  In the alternative, the Court orders the Plaintiffs to file a surreply addressing the newly raised arguments no later than _____, 2008.

Dated this \_\_\_ day of _____, 2008.

_____
U.S. District Court Judge