Bradley D. Owens, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; A.D. by his legal guardian, J.N., and S.T. by his legal guardian, A.T., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Anchorage School District,<br><br>Defendant. | Case No. 3:06-cv-00138 (TMB) |

**ANCHORAGE SCHOOL DISTRICT'S OPPOSITION TO MOTION TO STRIKE UNRESPONSIVE PLEADING [Docket 54]**

### I.   INTRODUCTION

The three named plaintiffs have requested an order striking "unresponsive portions" of the Reply [Docket 53] filed by the Anchorage School District ("ASD") concerning it's Motion to Dismiss [Docket 35]. Plaintiffs challenge two items discussed by ASD in its Reply as being beyond the rebuttal of factual or legal arguments raised by plaintiffs in their Opposition [Docket 46] under D.Ak. LR 7.1(b). ASD opposes this motion.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

## II.  DISCUSSION

Plaintiffs challenge those brief portions in ASD's Reply that raise the concern that plaintiffs failed to fully disclose certain key facts in their Opposition – particularly that plaintiff A.D. is no longer enrolled in or attending school in the District, which may render his claims in this lawsuit moot, and that the District has, with the full involvement and participation of plaintiffs' counsel, adopted a new discipline policy, particularly Appendix A-1 that applies to students with disabilities who are eligible for special education and related services. However, both of these two portions of ASD's Reply were offered in rebuttal of factual arguments made by plaintiffs in their Opposition.

1.  **A.D.'s status.**  Plaintiffs conceded in their Opposition, in footnote 1 at page 5, that A.D. is no longer enrolled or residing in the District. Given that factual concession, ASD simply noted this fact renders the claims asserted in this action by A.D. moot. *See M.P. v. Indep. Sch. Dist. 721*, 326 F.3d 975, 981 (8th Cir. 2003.) Thus, this point was responsive to the factual concession provided by plaintiffs in their Opposition, in compliance with D.Ak. LR 7.1(b).

2.  **Disclosures re: Discipline Policy Revisions.**  Plaintiffs failed to disclose to the court that the ASD Discipline Policy, including specifically Appendix A-1 that applies to students with disabilities, was revised and modified by the District in April 2007. Instead, they continued to assert and imply that the Discipline Policy in place when this lawsuit was commenced remained in effect. Thus, the factual implication of this argument made by plaintiffs in their Opposition demanded clarification and disclosure to the court. Far from being unresponsive, the fact that the Discipline Policy has been revised, with the full participation of plaintiffs' counsel, significantly impacts the entire basis of this lawsuit. Thus, this point was

ASD Opposition to Motion to Strike
*M.H. et al. v. Anchorage School District*
Case No. 3:06-cv-00138 (TMB)

Page 2 of 3

responsive to the failure of plaintiffs to disclose these facts in their Opposition, and complied with D.Ak. LR 7.1(b).

### III. CONCLUSION

For the reasons provided above, ASD respectfully requests this court to deny this Motion to Strike filed by plaintiffs.

Dated in Anchorage Alaska this 24th day of March 2008.

JERMAIN DUNNAGAN & OWENS, P.C.
Attorneys for Anchorage School District

By: /s/ Bradley D. Owens
Bradley D. Owens
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com
Alaska Bar #7610122

/s/ Cheryl Mandala
Cheryl Mandala
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
cmandala@jdolaw.com
Alaska Bar #0605019

Certificate of Service

I hereby certify that on March 24, 2008 a copy of
ASD's Opposition to Motion to Strike Unresponsive
Pleading [Docket 54] was served via the
Electronic Court Filing System on:

Meg K. Allison
malison@dlcak.org

/s/ Bradley D. Owens

3227.1186 - 192611

ASD Opposition to Motion to Strike
*M.H. et al. v. Anchorage School District*
Case No. 3:06-cv-00138 (TMB)