Bradley D. Owens, Esq.
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
bradowens@jdolaw.com

Counsel for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; A.D. by his legal guardian, J.N., and S.T. by his legal guardian, A.T., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Anchorage School District,<br><br>Defendant. | Case No. 3:06-cv-00138 (TMB) |

### [PROPOSED] ORDER DENYING MOTION TO STRIKE

This matter came before the court on the motion of plaintiffs' to strike unresponsive pleading [Docket 54] concerning defendant's Motion to Dismiss under D.Ak. LR 7.1(b); the court having reviewed the pleadings submitted by the parties in support and in opposition to this motion; and being fully advised in the premises hereby DENIES plaintiffs' Motion to Strike.

[Proposed] Order Denying Motion to Strike
*M.H. et al. v. Anchorage School District*
Case No. 3:06-cv-00138 (TMB)

Page 1 of 2

DATED this ____ day of March, 2008.

_____
Timothy M. Burgess
United States District Court Judge

Certificate of Service

I hereby certify that on March 24, 2008 a copy of
[Proposed} Order Denying Motion to Strike
was served via the Electronic Court Filing System on:

Meg K. Allison
malison@dlcak.org

/s/ Bradley D. Owens

3227.1186 -192625

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

[Proposed] Order Denying Motion to Strike
*M.H. et al. v. Anchorage School District*
Case No. 3:06-cv-00138 (TMB)

Page 2 of 2