Cheryl Mandala
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
cmandala@jdolaw.com

Counsel for Defendant

### IN THE UNITED STATES DISTRICT COURT

### FOR ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; A.D. by his legal Guardian, J.N., and S.T. by his legal guardian, A.T., on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>Anchorage School District,<br><br>     Defendant. | Case No. 3:06-cv-00138 (TMB) |

### STIPULATION FOR STAY OF PRETRIAL DEADLINES

  Come now the parties in the above-captioned matter, by and through their respective undersigned counsel, who stipulate and agree that all existing pretrial deadlines in this matter be stayed until the Court rules on the pending discovery and dispositive motions.  The reason for this stipulation is the extensive nature of the discovery in this matter, and the need to resolve the pending motions before discovery continues.  Once the Court rules on the pending motions, the parties will meet and confer to propose new deadlines.

{00203482 }

The parties would be available for a Status Conference should the court deem one necessary.

Dated in Anchorage Alaska this 2nd day of July, 2008.

        JERMAIN DUNNAGAN & OWENS, P.C.
        Attorneys for Anchorage School District

        By: /s/ Cheryl Mandala
            Cheryl Mandala
            Jermain Dunnagan & Owens, P.C.
            3000 A Street, Suite 300
            Anchorage, AK  99503
            Telephone: (907) 563-8844
            Facsimile: (907) 563-7322
            cmandala@jdolaw.com
            Alaska Bar #0605018

Dated in Anchorage Alaska this 2nd day of July, 2008..

        DISABILITY LAW CENTER
         OF ALASKA, INC.
        Attorneys for Plaintiffs

        By: /s/ Meg K. Allison (Consented)
            Meg K. Allison
            Disability Law Center of Alaska, Inc.
            3330 Arctic blvd., Suite 103
            Anchorage, AK  99503
            Telephone:  (907) 565-1002
            Facsimile:  (907) 565-1000
            mallison@dlcak.org
            Alaska Bar #0511091

Certificate of Service
This is to certify that on this 2nd day of July 2008, a true and correct copy of the foregoing was electronically mailed to:

Meg K. Allison
mallison@dlcak.org

/s/ Cheryl Mandala