Cheryl Mandala
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
cmandala@jdolaw.com

Counsel for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR ALASKA**

| | |
|---|---|
| M.H., by his legal guardian, L.P.; A.D. by his legal Guardian, J.N., and S.T. by his legal guardian, A.T., on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>Anchorage School District,<br><br>            Defendant. | Case No. 3:06-cv-00138 (TMB) |

**NOTICE OF LODGING PROPOSED ORDER**

      Defendant, Anchorage School District, hereby gives notice of lodging their proposed order regarding the Stipulation for Stay of Pretrial Deadlines, filed July 2, 2008.

Dated in Anchorage Alaska this 2nd day of July, 2008.

        JERMAIN DUNNAGAN & OWENS, P.C.
        Attorneys for Anchorage School District

        By: /s/ Cheryl Mandala
            Cheryl Mandala
            Jermain Dunnagan & Owens, P.C.
            3000 A Street, Suite 300
            Anchorage, AK 99503
            Telephone: (907) 563-8844
            Facsimile: (907) 563-7322
            cmandala@jdolaw.com
            Alaska Bar #0605018

Certificate of Service
This is to certify that on this 2nd day of July 2008, a true and correct copy of the foregoing was electronically mailed to:

Meg K. Allison
mallison@dlcak.org

/s/ Cheryl Mandala