Cheryl Mandala
Jermain Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322
cmandala@jdolaw.com

Counsel for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR ALASKA

| | |
|---|---|
| M.H., by his legal guardian, L.P.; A.D. by his legal Guardian, J.N., and S.T. by his legal guardian, A.T., on behalf of themselves and all others similarly situated,<br><br>                     Plaintiffs,<br><br>vs.<br><br>Anchorage School District,<br><br>                     Defendant. | Case No. 3:06-cv-00138 (TMB) |

## [PROPOSED] ORDER REGARDING PRETRIAL DEADLINES

Upon due consideration of the parties' Stipulation for Stay of Pretrial Deadlines, and being otherwise fully advised of the circumstances, the Court hereby ORDERS that the parties' stipulation is GRANTED.  All existing pretrial deadlines are stayed until this Court rules on the discovery and dispositive motions.

{00203486 }

DATED this \_\_\_\_ day of July, 2008.

_____
Timothy M. Burgess
United States District Court Judge

Certificate of Service
This is to certify that on this 2nd day of July 2008, a true and correct copy of the foregoing was electronically mailed to:

Meg K. Allison
mallison@dlcak.org

/s/ Cheryl Mandala